UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

AKIL FOLBORG,                                      :
                                                   :
                            Plaintiff,             :        24-CV-8913 (PMH)
                                                   :
        - against -                                :        **ORDER AUTHORIZING THE**
                                                   :        **DEPOSITION OF AN**
LIEUTENANT BLOT, SERGEANT                          :        **INCARCERATED INDIVIDUAL**
ALEXANDER SCHMITT, and C.O. LEWIS                  :
BOYD,                                              :
                            Defendants.            :
------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that

an Assistant Attorney General may take the deposition of Plaintiff Akil Folborg, DIN: 16-

A-3045, either in person or by videoconference before a notary public, or some other officer

authorized to administer oaths by the laws of the United States or of the State of New York,

at any State or County Correctional Facility located in the State of New York, upon notice

to the Plaintiff and the Superintendent of the correctional facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may

include an order dismissing this action.

Dated: March 9, 2026
       White Plains, New York

SO ORDERED.

_____
Hon. Philip M. Halpern
United States District Judge